# Exhibit A

Bruce Rauner
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender Name: **Woodley, Stephon**     Date: **6/7/17**

Register #: **R13908**

Facility: **DIX**

This is in response to your grievance received on **1/17/17**. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: **7/21/16**  Grievance Number: **16-8-39**  Griev Loc: **DIX**

- ○ Transfer denied by the Facility or Transfer Coordinator
- ○ Dietary
- ○ Personal Property
- ○ Mailroom/Publications
- ○ Assignment (job, cell)
- ○ Commissary
- ○ Trust Fund
- ○ Conditions (cell conditions, cleaning supplies)
- ○ Disciplinary Report dated ___ Incident # ___
- ☒ Other **ADA - Magnifier**

Based on a review of all available information, this office has determined your grievance to be:

- ○ Affirmed, Warden ___ is advised to provide a written response of corrective action to this office by ___.
- ○ Denied, in accordance with DR504F, this is an administrative decision.
- ○ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)
- ○ Denied, as the transfer denial by the facility/TCO on ___ was reviewed in accordance with transfer procedures and is an administrative decision.
- ○ Denied as the facility is following the procedures outlined in DR525.
- ○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.
- ○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.
- ○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

Other: **moot issue as magnifier was replaced**

FOR THE BOARD: **Melissa Phoenix**  CONCURRED: **John R. Baldwin**
Melissa Phoenix                                         John R. Baldwin
Administrative Review Board                             Acting Director

CC: Warden, **DIX** Correctional Center
    **Woodley, Stephon** Register No. **R13908**

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

IDOC000429

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

### Grievance Officer's Report

Date Received: 8/29/16     Date of Review: 1/10/17     Grievance # 16-8-39

Offender: Woodley, Stephon     ID#: R13908

Nature of Grievance: ADA Accomodations

**Facts Reviewed:**

This Grievance Officer notes allegations of a lack of an ADA Accomodation has not been substantiated.

Upon further discussion with ADA Coor. Blackburn, he has indicated that your portable magnifier has already been replaced.

**Recommendation:** Based upon a total review of all available information this Grievance Officer determines this grievance is moot and no further action is required.

Becky Grafton, CWS
Print Grievance Officer's Name

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

Date Received: 1/11/17     ☒ concur     ☐ I do not concur     ☐ Remand

Comments:

RECEIVED
JAN 17 2017
ADMINISTRATIVE
REVIEW BOARD

1/11/17

### Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

# OFFENDER'S GRIEVANCE

Date: 7-21
Offender: Woodley
ID#: R13908
Present Facility: Dixon
Facility where grievance issue occurred: Dixon

**NATURE OF GRIEVANCE:**

- [x] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [x] ADA Disability Accommodation
- [ ] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Other (specify): 60

- [ ] Disciplinary Report: ___/___/___  Date of Report
16-8-39 Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
- Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
- Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
- Chief Administrative Officer, only if EMERGENCY grievance.
- Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 7-20-16 my cell H.U. 60-51 was on Tact Team shakedown in which my A.DA. Portable Video Magifer was broken. I am legally Blind disabled and no longer has my visual Aid due to their action.

**Relief Requested:** ADA Accomodation Repair or Replace Portable Video Magifer

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Stephen Woodley  Offender's Signature
R13908   7-24-16
ID#      Date

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)

Date Received: 8/04/16
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: I/m has been advised through the direction of the ADA coordinator to submit the request through Mes Pohl-Jacobson in the Hall for assistance in repair/replacement. Grievance unnecessary until a negative response is received. Information and determination still processing.

Terry CCII
Print Counselor's Name
Counselor's Signature
8/12/16
Date of Response

RECEIVED

---

**EMERGENCY REVIEW**

Date Received: ___/___/___

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

JAN 17 2017
ADMINISTRATIVE REVIEW BOARD

Chief Administrative Officer's Signature    ___/___/___ Date

Distribution: Master File; Offender    Page 1    IDOC0000346 (8/2012)