# Exhibit C

Bruce Rauner
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

October 5, 2017

Stephon Woodley
Register No. R13908
Dixon Correctional Center

Dear Mr. Woodley:

This is in response to your grievance received on August 10, 2017, regarding Medical/Staff (Visual Aids Not Provided 5/24/17), which was alleged to have occurred at Dixon Correctional Center. This office has determined the issue will be addressed without a formal hearing.

Offender Woodley attached two (2) grievances with this submission. The one dated April 24, 2017 was not submitted to the Grievance Officer for review; therefore, this grievance will not be considered. The May 25, 2017 grievance cites a May 24, 2017 HCU visit and Woodley's belief that cited staff (within this grievance) should be cited with neglect for overall treatment for his vision and that pain pills prescribed do not work.

The Grievance Officer's Report (17-6-159) and subsequent recommendation dated July 25, 2017 and approval by the Chief Administrative Officer on July 31, 2017 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied. The issue of visual aids was addressed by this office June 7, 2017 under Dixon grievance number 16-8-39. No justification has been provided for additional reconsideration. Claims against staff, as cited in this grievance, are unsubstantiated. Type of treatment provided to an offender is at the discretion of the tending Physician. This office has no medical expertise to contradict this.

FOR THE BOARD: _Sherry Benton_
Sherry Benton
Administrative Review Board
Office of Inmate Issues

CONCURRED: _John R. Baldwin_
John R. Baldwin
Acting Director

cc: Warden, Dixon Correctional Center
Stephon Woodley, Register No. R13908

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

IDOC000460

Date: August 07, 2017.

Fr: Stephon Woodley ID# R13908           Grievance #17-6-159
    2600 N. Brinton Ave.
    Dixon, IL. 61021

To: ARB
    P.O. Box 19277
    Springfield, IL. 62794-9277

RE: Amendment Note

    The content in the body of the grievance Officer's report CONTRADICTS the historical facts of the grieved issues. Which is noted in amendment of grievance dated on June 23, 2017. ← *no gw w/ this.*

[Stamp: AUG 10 2017]

Respectfully Submitted,

/s/ Stephon Woodley

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

### Grievance Officer's Report

Date Received: 6-28-17   Date of Review: 7-25-17   Grievance # (optional): 17-6-159

Offender: Stephon Woodley   ID#: R13908

Nature of Grievance: Eye appointment

**Facts Reviewed:** This Grievance Officer notes Inmate Woodley grievance regarding his medical treatment for his eyes. This Grievance Officer notes Inmate Woodley has filed several grievances #16-11-E15, 17-4-6, and 17-4-6a.

Per Health Care Administration, offender was assessed by the eye clinic and offered the use of an assistive magnafier which he refused. Offender has a referral pending

In accordance with Department Rule 415, all treatment must be ordered by the optometrist or medical director and is not a matter of inmate's preference. This Grievance Officer is unable to evaluate clinical decisions made by licensed physicians.

AUG 1 0 2017
ADMINISTRATIVE REVIEW BOARD

**Recommendation:** Based upon a total review of all available information, this Grievance Officer is reasonably satisfied Inmate Woodley has access to continued health care to address his eye disablity and recommend no further action.

James Martens
Print Grievance Officer's Name
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

Date Received: 7/31/17   ☒ concur   ☐ I do not concur   ☐ Remand

Comments:

Chief Administrative Officer's Signature   7/31/17

### Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Stephon Woodley   R13908   8/7/17
Offender's Signature   ID#   Date

Distribution: Master File; Offender   Page 1   IDOC 0004 (Rev. 3/2005)
Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| | | |
|---|---|---|
| Date: May 25, 2017. | Offender: (Please Print) Stephon Woodley | ID#: R13908 |
| Present Facility: Dixon C. C. | Facility where grievance issue occurred: Dixon C. C. | |

17-6-159

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [X] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [X] Medical Treatment
- [X] ADA Disability Accommodation
- [ ] HIPAA
- [X] Other (specify): ADA Title 2 Sec. 504

- [ ] Disciplinary Report _____ Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
 Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
 Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
 Chief Administrative Officer, only if EMERGENCY grievance.
 Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): This grievance is based upon the staff misconduct, negligent medical treatment & disability discrimination by the Dixon C.C. HCUA Amber Allen, associated medical staff and affiliated medical provider, ADA coodinator Max Blackburn, and chief Administrator John Varga. In which the name individuals and said entity gross misconduct inflicted physical injury. On the date of 5/24/2017., at a 10:31am schedule sick call appointment in the Dixon CC HCU, I informed medical staff member Whlford, about the reoccurring injury symptoms of eye pain, Chronic headaches, eye throbbing, eye muscle failure are being aggravated from a pre-existing eye condition ((Stagardis Dystrphy Macula Degeneration-Legally Blind Disability)). The retina in both OVER--

Relief Requested: HCUA ALLEN, and associate staff and afflicted medical provider, ADA coordinator Max Blackburn, chief administrator Jonh Varga be removed and reprimanded, medical license revoked, and contract terminated. Written acknowledgement OVER

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Stephon Woodley_ R13908 5/25/2017
Offender's Signature / ID# / Date

(Continue on reverse side if necessary)

---

**Counselor's Response (If applicable)**

Date Received: 5/25/17

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Per Healthcare Administrator - offender was assessed by the eye clinic and offered the use of an assistive magnifier, which the offender refused. Offender has a referral pending to the low vision clinic. Per ADA Coordinator, no reference made to ADA accomodations which are currently being provided. Any substance or assistive devices which must be prescribed are handled through the Healthcare Unit. Grievance moot

R.Wildman CCII _____ CCII 6/22/17 → over
Print Counselor's Name / Counselor's Signature / Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____ ___/___/___
Chief Administrative Officer's Signature / Date

Cont....
eyes are being damaged along with the listed symptoms because visual aids were not provided in the past & present day. After Whlford colloquial/conversation with other medical staff and supervisor, I was prescribed pain relief medication (Tylenol). This is detrimental to the degeneration and further damage to the retina and macula. It is noted in my medical records by doctors and specialist at CGH, Il. Eye Center, and UIC that these symptoms and injury occur when there are no visual aid to help far & near sight. The pain and suffering and injury to the retina and my eyes are ongoing. Pain relief tablets,prescribed on 5/24/2017., do not stop these occurring injuries.

RR Cont...

of responsibility. All the ADA accomodations be ^granted that was requested by doctors and be granted and a medical writ to a specialist for stem cell injections to treat the damage caused by the name individuals and said entity.

AMENDMENT

This grievance cannot be at all "Moot", because I have documents that's of merit and substance... (Memorandum, Medical Records, Doctor' Exam Notes). Because of this, I'm asking that this grievance be treated as one with merit and validity. Now I'm requesting that counselor's response be revised.

June 23, 2017

[signature]

IDOC000464

# ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

**Date:** 04/24/2017
**Offender (Please Print):** Stephon Woodley
**ID#:** R13908
**Present Facility:** Dixon Correction Center
**Facility where grievance issue occurred:** Dixon Correctional Cent.

### NATURE OF GRIEVANCE:

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report: ___/___/___
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [x] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify): ADA Title 2 Section 5C

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance:**

This grievance is based upon the staff misconduct of Max Blackburn (ADA Coordinator). On the date of April 20, 2017 at a 12:50pm eye doctor appointment at Dixon C.C. Healthcare Unit D with Dr. Ludford and Niki McCluskey was an update consultation from the medical charts and emails about the doctor's note request for visual aids to help my disability which renders me legally blind. Max Blackburn committed staff misconduct by re-issuing a sheet magnifier that was returned to him by Counselor Garlin after the Dixon C.C. Medical Director Dr. T. Chamberlain and the Eye Doctor Dr. Faye (continued on back →)

**Relief Requested:** Contact the UIC Low Vision Clinic for a list of visual aids for Stargaidts Dystrophy (Macular Degeneration) and have these listed items reviewed for approval by security and have (continued on back →)

[ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

**Offender's Signature:** Stephon Woodley
**ID#:** R13908
**Date:** 4/26/2017

AUG 10 2017
ADMINISTRATIVE REVIEW BOARD

### Counselor's Response (if applicable)

**Date Received:** 4/24/17

[ ] Send directly to Grievance Officer
[ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-0277

**Response:** Per A.D.A. coordinator, all ADA concerns have been previously addressed. All medical concerns are addressed in accordance with DR415 and all treatment must be ordered by a medical professional. You may access education and programming by contacting the appropriate authorities. The appropriate persons have been made aware of your concern.

**Print Counselor's Name:** D. Garland CCII
**Counselor's Signature:** [signed]
**Date of Response:** 5/24/17

### EMERGENCY REVIEW

**Date Received:** ___/___/___

Is this determined to be of an emergency nature?
[ ] Yes; expedite emergency grievance
[ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

**Chief Administrative Officer's Signature:** _____
**Date:** ___/___/___

Distribution: Master File; Offender
Page 1
Printed on Recycled Paper
DOC 0046 (8/2012)