IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Stephon Woodley | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18 CV 50050 |
| | ) | |
| v. | ) | |
| | ) | |
| John Baldwin, et al., | ) | Judge Philip G. Reinhard |
| | ) | |
| Defendants. | ) | |

## **ORDER**

    On June 14, 2018, Magistrate Judge Johnston entered a report and recommendation [62] recommending that plaintiff's motion for a preliminary injunction [6] be granted as modified. No timely objection has been filed to this report and recommendation. The court has reviewed the record and accepts the report and recommendation. Plaintiff's motion for a preliminary injunction is hereby granted as modified as set forth in Judge Johnston's report.

Date: 07/09/2018

                                                ENTER:

                                                United States District Court Judge

                                                Electronic Notices. (LC)