**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| STEPHON WOODLEY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18-cv-50050 |
| | ) | |
| v. | ) | District Judge Philip G. Reinhard |
| | ) | |
| JOHN R. BALDWIN, et al., | ) | Magistrate Judge Margaret J. Schneider |
| | ) | |
| Defendants. | ) | |

**PARTIES' JOINT MOTION FOR EXTENSION OF TIME**

The parties, through their undersigned counsel, move the Court for a 40-day extension of the deadline to submit the proposed final pretrial order. In support, the parties state:

1. The parties' current deadline to file the proposed final pretrial order is Friday, June 9, 2023.

2. The parties have been actively preparing for trial and conferring to set a schedule for the exchange of exhibits, witnesses, jury instructions, and other pretrial materials that will allow them sufficient time to meet and confer on the matters addressed in the proposed final pretrial order.

3. Plaintiff counsel's wife has been undergoing treatment for a serious illness, which has delayed numerous tasks performed by Plaintiff counsel. Additionally, counsel for the parties have been required to address other case deadlines. There has also been an unexpected departure within the Prisoner Litigation Unit of the Office of the Attorney General. As a result, despite their best efforts, the parties require additional time to prepare and exchange pretrial materials.

1

4. The parties jointly request an extension to submit the proposed final pretrial order so that they may have sufficient time to exchange materials and reach possible agreements in advance of filing the proposed final pretrial order.

5. The parties respectfully submit that this adjustment in deadlines will not meaningfully affect the timely disposition of this case, and will help resolve issues between the parties prior to the final pretrial conference.

WHEREFORE, the parties respectfully request that the Court enter an order adjusting the deadline to file the proposed final pretrial order to **July 19, 2023**.

Date: June 6, 2023                                                                 Respectfully submitted,

By: /s/ *Daniel N. Robbin*                                        /s/ *Stephen H. Weil*

DANIEL N. ROBBIN
BAR NO. 6321386
Assistant Attorney General
Office of the Illinois Attorney General
General Law Bureau, Prisoner Litigation
100 W. Randolph St., 13th Fl.
Chicago, Illinois 60601
(312) 814-7199
daniel.robbin@ilag.gov
*Counsel for Latoya Hughes, in her capacity as Acting Director of the Illinois Department of Corrections*

Stephen H. Weil
Maria Makar
Loevy & Loevy
311 N. Aberdeen Street
Third Floor
Chicago, IL 60607
312-243-5900
weil@loevy.com
*Counsel for Plaintiff*