## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| Stephon Woodley, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case no. 18-cv-50050 |
| | ) | |
| v. | ) | |
| | ) | The Honorable Margaret J. Schneider |
| Latoya Hughes, solely in her official | ) | |
| capacity as Acting Director of the | ) | |
| Illinois Department of Corrections, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS

Plaintiff, Stephon Woodley, by his attorney, Stephen Weil, and the Defendant, Latoya Hughes solely in her official capacity as Acting Director of the Illinois Department of Corrections, by her attorney, Kwame Raoul, Attorney General of Illinois, and hereby stipulate to the dismissal of this case with prejudice. The Plaintiff and the Defendant agree as follows:

1.      This lawsuit shall be dismissed with prejudice and without leave to reinstate.

2.      Each party shall bear their own attorney's fees, costs, and expenses.

AGREED:

*Stephon Woodley*
Plaintiff                                        Jun 25, 2024
Stephon Woodley                                  Date

*Stephen W.*
Stephen H. Weil                                  *Daniel N. Robbin*
Counsel for Plaintiff                            Daniel N. Robbin
Loevy & Loevy                                    Assistant Attorney General
311 N Aberdeen St.                               Attorney for Defendant
Chicago, IL 60607                                115 S. La Salle St.
(312) 243-5900                                   Chicago, Illinois 60603
Date: Jun 25, 2024                               (312) 814-7199
                                                 Date: September 30, 2024

# Stip to Dismiss for Woodley 4856-9979-0283 v1

Final Audit Report                                                2024-06-25

| | |
|---|---|
| Created: | 2024-06-25 |
| By: | Jessica Barajas (jessie@loevy.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAADBkK1n73Hj5WlgzRQRpYGojT6glWIJz |

## "Stip to Dismiss for Woodley 4856-9979-0283 v1" History

🗎 Document created by Jessica Barajas (jessie@loevy.com)
2024-06-25 - 6:03:14 AM GMT

🖅 Document emailed to Steve Weil (weil@loevy.com) for signature
2024-06-25 - 6:03:17 AM GMT

🖅 Document emailed to Stephon Woodley (diplomatmgmtgroupinc@gmail.com) for signature
2024-06-25 - 6:03:17 AM GMT

🗎 Email viewed by Steve Weil (weil@loevy.com)
2024-06-25 - 11:46:37 AM GMT

🖊 Document e-signed by Steve Weil (weil@loevy.com)
Signature Date: 2024-06-25 - 11:46:47 AM GMT - Time Source: server

🗎 Email viewed by Stephon Woodley (diplomatmgmtgroupinc@gmail.com)
2024-06-25 - 10:37:48 PM GMT

🖊 Document e-signed by Stephon Woodley (diplomatmgmtgroupinc@gmail.com)
Signature Date: 2024-06-25 - 10:39:16 PM GMT - Time Source: server

✅ Agreement completed.
2024-06-25 - 10:39:16 PM GMT

**Adobe Acrobat Sign**