# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Stephon Woodley

                         Plaintiff,

v.                                                       Case No.: 3:18−cv−50050
                                                          Honorable Margaret J. Schneider

John R Baldwin, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 2, 2024:

      MINUTE entry before the Honorable Margaret J. Schneider: Pursuant to the stipulation of the parties [260], this action is dismissed with prejudice and without right to refile or reinstate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own attorneys' fees, costs, and expenses. Case closed. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.